No. 711.—Rodríguez, peticionaria, *v.* La Corte de Distrito de Mayagüez, demandada.—▆▆▆▆▆▆▆ Abril 22, 1930.

(Por la corte, a propuesta del Juez Presidente Señor del Toro.)

No estando envuelta en el caso cuestión alguna de jurisdicción o de procedimiento, no ha lugar a expedir el auto de *certiorari* que se solicita.